FILED

JAN 10 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT DONAHUE RIVERS, <br><br> Defendant. | CR 16-81-BLG-SPW <br><br> ORDER |

For the reasons stated on the record, ALBERT DONAHUE RIVERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 10th day of January, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1