IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT DONAHUE RIVERS,<br><br>Defendant. | CR 16-81-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ALBERT DONAHUE RIVERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 30th day of September, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1